# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Rick Smith and Sunrise Acquisitions, LLC, d/b/a/ Sunrise Delivery,<br><br>    Plaintiffs,<br><br>vs.<br><br>Coca-Cola Bottling Company High Country,<br><br>    Defendant. | **STATUS CONFERENCE**<br><br>Case No. 1:23-cv-00088 |

The undersigned shall hold a status conference with counsel by telephone on March 20, 2025, at 10:00 AM to discuss, among other things, the status of the above-captioned matter. To participate, counsel shall call (571) 353-2301 and enter "Call ID" 292466149.

**IT IS SO ORDERED.**

Dated this 17th day of March, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court